Núm. 7382.—OLIVENCIA ET AL., apltes. v. CORTE MUNICIPAL, aplda. —C. D. Mayagüez. ▬▬▬ Noviembre 18, 1936.

(Por la Corte, a propuesta del Juez Asociado Sr. Córdova Dávila.)

Habiendo quedado incluídos los apelantes en las listas electorales en virtud del fallo emitido por el Juez de Turno, Hon. Martín Travieso, y habiéndose interpuesto el presente recurso de *certiorari* con el propósito de obtener que dichos apelantes quedasen incluídos en las referidas listas, entendemos que el recurso de apelación resulta completamente académico y que por esta razón debe ser desestimado.

El Juez Presidente Sr. del Toro no intervino.

Núm. 7305.—MUNICIPIO DE PEÑUELAS, aplte. v. COLÓN ET ALS., apldos.—C. D. Ponce. ▬▬▬ Diciembre 7, 1936.

(Por la Corte, a propuesta del Juez Asociado Sr. Hutchison.)

Visto el caso con la sola asistencia de la parte apelada; apareciendo que los demandados en la fecha de la resolución y la sentencia apeladas eran empleados de la Federal Emergency Relief Administration y apareciendo además que dicha entidad ya no funciona en Puerto Rico; resultando por tanto académicas las apelaciones interpuestas contra la resolución dictada por la Corte de Distrito de Ponce, el día 20 de enero de 1936, y de la sentencia dictada por la misma corte en 7 de febrero de 1936, se desestima dicha apelación.

El Juez Presidente Sr. del Toro no intervino.